# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Savannah Division

2008 JUL -9 AM 11:22

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Kia Rube Hickman ) | Case No: CR405-00003-001 |
| ) | USM No: 12168-021 |
| Date of Previous Judgment: August 31, 2005 ) | Michael Schiavone |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 34         Amended Offense Level: 32
Criminal History Category: III      Criminal History Category: III
Previous Guideline Range: 188 to 235 months    Amended Guideline Range: 151 to 188 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**
The Court showed the defendant mercy by sentencing her outside the advisory guideline system at the time of her original sentencing. The Court notes the defendant has been cited for several disciplinary issues while incarcerated. After considering several factors identified at 18 U.S.C. § 3553(a), namely the history and characteristics of the defendant and the need to protect society, the Court will not impose a sentence less than 150 months, which sentence is already below the minimum of the amended advisory guideline range.

Except as provided above, all provisions of the judgment dated ___August 31, 2005,___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 7-9-2008

Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia

Effective Date: _____
(if different from order date)           Printed name and title