# United States District Court
# for the
# Southern District of Georgia
# Savannah Division

| United States of America | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | 4:05CR00003-1 |
| | ) | |
| **Kia Rube Hickman** | ) | |

<u>ORDER</u>

The defendant, Kia Rube Hickman, has filed a motion requesting termination of supervised release. In support of her motion, the defendant reports that she has fully cooperated with her probation officer, has completed over one year of supervised release, has exhibited a stable family relationship, and has maintained a stable residence and employment.

The Court notes that while the defendant is in compliance with the terms and conditions of supervision, she has only served approximately one year of a five-year term of supervised release. The Court also notes that the defendant was convicted of a serious drug offense involving a substantial quantity of cocaine base. The Court does not deny that the defendant has performed well on supervised release thus far, but the defendant has not completed enough of her supervised release term to warrant early termination.

The defendant's motion for early termination of supervised release is **DENIED**.

**SO ORDERED** this 23 day of September, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA